# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Charles W. Jones, Jr.,

             Plaintiff(s),

vs.

Oliphant USA, LLC,

             Defendant(s).

2:26-cv-00103-RFB-MDC

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE ELECTRONICALLY (ECF NO. 3)**

Pro se plaintiff filed a *Motion for Pro Se Litigant to File Electronically* ("Motion"). *ECF No. 3*. The Court **GRANTS** the Motion. Under Local Rule IC 2-1(b), a pro se litigant may request the Court's authorization to register as a filer in a specific case. Plaintiff states that he has internet access and an email account. *ECF No. 3*. Because the Court finds that plaintiff is capable of filing electronically, it grants the motion.

**IT IS ORDERED that:**

1. Plaintiff's *Motion for Pro Se Litigant to File Electronically* (ECF No. 3) is GRANTED.

2. Plaintiff is authorized to register as a filer in this case.

3. Plaintiff shall familiarize himself with the Local Rules pertaining to filing electronically. See LR IC 2-1 and 2-2.

4. Plaintiff must submit a completed registration form available on the Court's website.

5. Plaintiff shall comply with the following procedures to activate a CM/ECF account:

    a. Plaintiff must become familiar with the Electronic Filing procedures and events menus, obtain a PACER account, and obtain an CM/ECF login and password from the District of Nevada by submitting a completed registration form on the Court's website.

b.  Plaintiff must read and comply with the guidelines for e-filing available both on the Court's website and here at https://perma.cc/2NCZ-T2WX

IT IS SO ORDERED.

DATED February 23, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**