Charles W. Jones Jr – Pro Se
1027 South Rainbow Blvd #196
Las Vegas, NV 89145
(888)205-8650 | Email: magicman22@cox.net

FILED ✓        RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 2 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

CHARLES W. JONES JR.,

      Plaintiff, Pro Se

  vs.

OLIPHANT USA, LLC.,

      Defendant

Case No.  **2:26-cv-00103-RFB-MDC**

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**

IT IS STIPULATED AND AGREED that the deadline to file the discovery plan and scheduling order required by Federal Rule of Civil Procedure 26(f) is extended from May 21, 2026 to June 4, 2026. The parties have conferred and mutually agree this extension is necessary to adequately prepare for the Rule 26(f) conference and develop a discovery plan.

DATED this 21 day of April, 2026.

**IT IS SO ORDERED.** The parties are kindly remained that all filings must be in searchable PDF format per LR |A 10-1(b) and that electronic signatures per LR |C 5-1 are acceptable.

_____
HON. MAXIMILIANO D. COUVILLIER III
UNITED STATES MAGISTRATE JUDGE
4-24-26

-1-
STIPULATION AND ORDER

## SIGNATURE SECTION – PARTIES

I certify that Artificial Intelligence was USED to prepare the foregoing document.

_____          20 APR 2026
Charles W. Jones, Jr.,                              Date
*Pro Se Plaintiff*


## SIGNATURE SECTION - COUNSEL FOR DEFENDANT

_____          4/21/2026
MADISYN SCHAUS, ESQ.                        Date
*Nevada Bar No. 17294*
*Attorney for Defendant Oliphant USA, LLC*



_____          _____
KURT R. BONDS, ESQ.                             Date
*Nevada Bar No. 6228*
*Attorney for Defendant Oliphant USA, LLC*

-2-
STIPULATION AND ORDER

## CERTIFICATE OF SERVICE

I certify that service of the above **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** was completed via email to the following parties:

1. Madisyn Schaus, Esq., Nevada Bar No. 17294

2. Kurt R. Bonds, Esq., Nevada Bar No. 6228

This service was completed via email as agreed upon by the parties in the drafting of the **STIPULATION and ORDER** to the above listed attorneys of record for the Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 22 APRIL, 2026 at Las Vegas, Nevada.

Charles W. Jones, Jr., *Pro Se Plaintiff*

-3-
STIPULATION AND ORDER