**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Charles Wayne Jones, Jr, | 2:26-cv-00103-RFB-MDC |
| Plaintiff(s), | **ORDER SETTING HEARING** |
| vs. | |
| Oliphant USA, LLC, | |
| Defendant(s). | |

**IT IS ORDERED that** the parties must appear in-person at **11:00 a.m. on June 22, 2026, in Courtroom 3C,** for a HEARING on the Stipulated Discovery Plan and Scheduling Order (ECF No. 16).

Dated: May 26, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge