**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Charles Wayne Jones, Jr,<br>Plaintiff(s),<br>vs.<br><br>Oliphant USA, LLC,<br>Defendant(s). | 2:26-cv-00103-RFB-MDC<br><br>**ORDER SETTING HEARING** |

**IT IS ORDERED** that the parties must appear in-person at **2:30 p.m. on September 30, 2026, in Courtroom 3D,** for a **HEARING** on the *Stipulation Regarding Discovery Dispute* (ECF No. 33).

Dated: September 16, 2026.

_______________________________
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge